IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIGAR PATEL,** | : | CIVIL ACTION NO. 3:25-CV-1459 |
| Petitioner | : | |
| | : | (Judge Neary) |
| v. | : | |
| | : | |
| **PAMELA BONDI**, Attorney General of the United States, et al, | : | |
| | : | |
| Respondents | : | |

# ORDER

AND NOW, this 8th day of August, 2025, upon consideration of the motion (Doc. 1) for, among other things, a temporary restraining order filed by petitioner Jigar Patel, wherein Patel seeks an order preventing his removal from the United States or removal from the jurisdiction of the United States District Court for the Middle District of Pennsylvania, and the court observing that a court may only grant bail during the pendency of *habeas* proceedings in "extraordinary circumstances," Durel B. v. Decker, 455 F. Supp. 3d 99, 106 (D.N.J. 2020) (quoting Lucas v. Hadden, 790 F.2d 365, 367 (3d Cir. 1986)), and also that a court may only grant preliminary relief when a party shows the presence of irreparable harm absent such relief, Veterans Guardian VA Claim Consulting LLC v. Platkin, 133 F.4th 213, 218 (3d Cir. 2025), and it appearing that Patel's complaint (Doc. 1) lacks any allegation of a threat of impending deportation or other removal, and it further appearing the only harm alleged is an increased difficulty in Patel's ability to meet with his lawyer,

and the court finding that this harm is not an extraordinary circumstance justifying Patel's immediate release on bond, nor does it establish irreparable harm, it is hereby ORDERED that:

1. Patel's motion (Doc. 1) for a temporary restraining order is DENIED.

2. The Clerk of Court is DIRECTED to deliver a copy of this Order on all respondents in this matter.

3. This matter shall be referred to a Magistrate Judge for further disposition.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania