UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIGAR PATEL <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, ET AL. <br><br> Respondents. | CIVIL ACTION NO. 3:25-CV-01459 <br><br><br> (Magistrate Judge Latella) |

# **ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On August 6, 2025, the Petitioner, Jigar Patel, initiated this habeas corpus matter by filing a Petition pursuant to 28 U.S.C. § 2241, challenging his continued detention by the United States Department of Homeland Security Immigration and Customs Enforcement. (Doc. 1). The petitioner also sought a temporary restraining order seeking to prevent his removal from the United States. (*Id*.). By Order dated August 8, 2025, the Honorable Keli M. Neary denied the request for a temporary restraining order, directed that a copy of the Order be delivered to all respondents, and referred the matter to the undersigned for further proceedings. (Doc. 3). Having reviewed the Petition, it will be ordered that it be served, and the Respondent directed to file an answer.

**ACCORDINGLY**, this 17th day of September, 2025, **IT IS HEREBY ORDERED THAT**:

1. The Court exercises its discretion under Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254, to apply those rules to this § 2241 petition.

2. The Clerk shall serve a copy of the petition (Doc. 1) and this Order on the proper respondent, the Clinton County Correctional Facility, and on the United States Attorney, and note the address of the United States Attorney on the front of the docket sheet of this case. All documents filed by the parties and by the Court shall be served upon the United States Attorney. *See* Rule 4, 28 U.S.C. foll. § 2254.

3. **Within twenty-one (21) days** of the date of this Order, the respondent shall file an answer, motion, or other response to the allegations of the petition. *See* Rule 4, 28 U.S.C. foll. § 2254; Rule 5, 28 U.S.C. foll § 2254.

4. The petitioner shall, if he so desires, file a reply to the respondent's answer or other pleading **within fourteen (14) days** after its service. *See* Rule 5(e), 28 U.S.C. foll. § 2254.

5. A determination as to whether the petitioner shall be produced for a hearing will be held in abeyance pending the filing of the respondent's answer or other pleading.

**/s/ Leo A. Latella**
Leo A. Latella
United States Magistrate Judge
