**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JIGAR PATEL,** | : | **CIVIL ACTION NO. 3:25-CV-1459** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **PAMELA BONDI, Attorney General** | : | |
| **of the United States, et al,** | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, upon consideration of the letter (Doc. 17) filed by petitioner's attorney, wherein she reports that petitioner has been deported to India, and the court finding that due to petitioner's deportation, there is no longer a live case or controversy in this case, it is hereby ORDERED that:

1. The petition (Doc. 1) for a writ of habeas corpus is DENIED with prejudice as moot.

2. The Clerk of Court shall CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania